CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
Christian@CMTrialAttorneys.com
Victoria@CMTrialAttorneys.com
Sarah@CMTrialAttorneys.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA OYUELA-RODRIGUEZ, individually and as Co-Special Administrator of the Estate of JOSE OYUELA-PALMA, deceased; CARLOS OYUELA-RODRIGUEZ, individually; JOSE OYUELA-MONCADA, individually; EDUARDO OYUELA, individually; JANICE GONZALEZ, as Co-Special Administrator of the Estate of JOSE OYUELA-PALMA, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF HENDERSON, d/b/a HENDERSON POLICE DEPARTMENT, a political subdivision of the State of Nevada; LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; OFFICER LOGAN TILLMON, an individual; OFFICER MARK STREET, an individual; DOE HENDERSON POLICE DEPARTMENT OFFICERS 1 through 10, inclusive; DOE LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS 1 through 10, inclusive; DOES 1 through 10, inclusive; ROE CORPORATIONS 11 through 20, inclusive; and ABC LIMITED LIABILITY COMPANIES 21 through 30, | CASE NO: 2:23-cv-00224-GMN-DJA <br><br><br><br><br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

*Left margin (vertical text):* CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
(702) 434-8282 / (702) 434-1488 (fax)

1

inclusive,

               Defendants.

     The above-named parties, by and through the undersigned counsel of record, hereby stipulate to dismiss the above-captioned matter with prejudice, with each party to bear their own attorney's fees, costs, and expenses.

     This Stipulated Dismissal by all parties constitutes a dismissal of the entire action with prejudice.

DATED this 27th day of September 2024.     DATED this 27th day of September 2024.

CHRISTIAN MORRIS TRIAL ATTORNEYS     KAEMPFER CROWELL

  */s/ Victoria R. Allen*             */s/ Lyssa S. Anderson*
CHRISTIAN M. MORRIS, ESQ.     LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 11218     Nevada Bar No. 5781
VICTORIA R. ALLEN, ESQ.     RYAN W. DANIELS, ESQ.
Nevada Bar No. 15005     Nevada Bar No.13094
SARAH E. DISALVO, ESQ.     1980 Festival Plaza Drive, Suite 650
Nevada Bar No. 16398     Las Vegas, Nevada 89135
2250 Corporate Circle, Suite 390     *Attorneys for City of Henderson d/b/a*
Henderson, Nevada 89074     *Henderson Police Department, Officer*
*Attorneys for Plaintiffs*     *Logan Tillmon, and Officer Mark Street*

DATED this 27th day of September 2024.

MARQUIS AURBACH

  */s/ Craig R. Anderson*
CRAIG R. ANDERSON, ESQ.
Nevada Bar No. 6882
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Las Vegas Metropolitan Police Department*

CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
(702) 434-8282 / (702) 434-1488 (fax)

**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
(702) 434-8282 / (702) 434-1488 (fax)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

By stipulation of the parties and good cause appearing therefor, it is hereby ordered as follows:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above-captioned matter, including all claims and all causes of action therein are hereby dismissed, with prejudice, with each party to bear their own attorney's fees, costs, and expenses.

**IT IS SO ORDERED.**

_____
JUDGE GLORIA M. NAVARRO
UNITED STATES DISTRICT COURT JUDGE

DATED:  September 30, 2024

Respectfully Submitted by:

CHRISTIAN MORRIS TRIAL ATTORNEYS

_/s/ Victoria R. Allen_
CHRISTIAN M. MORRIS, ESQ.
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
SARAH E. DISALVO, ESQ.
Nevada Bar No. 16398
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
_Attorneys for Plaintiffs_

1

**CERTIFICATE OF SERVICE**

2          Pursuant to FRCP 5(b), I hereby further certify that on this 27th day of September 2024, I

3   electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH**

4   **PREJUDICE** and this certificate of service with the clerk of the Court using the ECF system

5   which will send notification of such filing to the following individuals:

6   Craig R. Anderson, Esq.
7   MARQUIS AURBACH
    10001 Park Run Drive
8   Las Vegas, Nevada 89145
9   *Attorneys for Defendant Las Vegas Metropolitan Police Department*

10  Lyssa S. Anderson, Esq.
    Ryan W. Daniels, Esq.
11  KAEMPFER CROWELL
    1980 Festival Plaza Drive, Suite 650
12  Las Vegas, Nevada 89135
13  *Attorneys for Defendants, City of Henderson d/b/a Henderson Police Department,*
    *Officer Logan Tillmon, and Officer Mark Street*

14

15

16                    /s/ Jasmine Salado
17                    An employee of CHRISTIAN MORRIS TRIAL ATTORNEYS

18

19

20

21

22

23

24

25

26

27

28

**CHRISTIAN MORRIS TRIAL ATTORNEYS**
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
(702) 434-8282 / (702) 434-1488 (fax)

**Jasmine Salado**

| | |
|---|---|
| **From:** | Craig Anderson <canderson@maclaw.com> |
| **Sent:** | Friday, September 27, 2024 10:28 AM |
| **To:** | Jasmine Salado; Lyssa Anderson; Ryan Daniels; Tori Allen |
| **Cc:** | Wendy Applegate; Bonnie Jacobs; Sherri Mong |
| **Subject:** | RE: OYUELA-PALMA v. City of Henderson, et al.: Dismissal |

Good with me.

Craig

**From:** Jasmine Salado <jasmine@CMTrialAttorneys.com>
**Sent:** Friday, September 27, 2024 8:14 AM
**To:** Craig Anderson <canderson@maclaw.com>; Lyssa Anderson <landerson@kcnvlaw.com>; Ryan Daniels
<RDaniels@kcnvlaw.com>; Tori Allen <Victoria@CMTrialAttorneys.com>
**Cc:** Wendy Applegate <WApplegate@kcnvlaw.com>; Bonnie Jacobs <BJacobs@kcnvlaw.com>; Sherri Mong
<SMong@maclaw.com>
**Subject:** OYUELA-PALMA v. City of Henderson, et al.: Dismissal

Hello Counsel:

Please see Proposed Stipulation and Order to Dismiss. If meeting your approval, please provide consent to affix your e-signature.

Thank you for your time,

**Jasmine Salado**
Litigation Paralegal



CHRISTIAN
**MORRIS**
T R I A L   A T T O R N E Y S
2250 Corporate Circle, Ste. 390
Henderson, Nevada 89074
**t.** 702.434.8282 ext. 221
**f.** 702.434.1488
**e.** Jasmine@CMTrialAttorneys.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and
confidential use of the intended recipient. If you are not the intended recipient, please
do not read, distribute or take action in reliance upon this message. If you have
received this in error, please notify us immediately by return email and promptly delete
this message and its attachments from your computer system. We do not waive attorney-
client or work product privilege by the transmission of this message.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and
others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or

**Jasmine Salado**

| | |
|---|---|
| **From:** | Lyssa Anderson <landerson@kcnvlaw.com> |
| **Sent:** | Friday, September 27, 2024 10:58 AM |
| **To:** | Jasmine Salado |
| **Cc:** | Craig Anderson; Ryan Daniels; Tori Allen; Wendy Applegate; Bonnie Jacobs; Sherri Mong |
| **Subject:** | Re: OYUELA-PALMA v. City of Henderson, et al.: Dismissal |

Looks great.  You may use my e-signature to file.
Best Regards,
Lyssa S. Anderson

On Sep 27, 2024, at 8:15 AM, Jasmine Salado <jasmine@cmtrialattorneys.com> wrote:

Hello Counsel:

Please see Proposed Stipulation and Order to Dismiss. If meeting your approval, please provide consent to affix your e-signature.

Thank you for your time,

**Jasmine Salado**
Litigation Paralegal
<image001.png>
  2250 Corporate Circle, Ste. 390
  Henderson, Nevada 89074
**t.** 702.434.8282 ext. 221
**f.** 702.434.1488
**e.** Jasmine@CMTrialAttorneys.com

CONFIDENTIALITY NOTICE: This email and any attachments are for the exclusive and confidential use of the intended recipient. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

<Proposed Stipulation and Order to Dismiss.docx>